**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mariah Beavers

                                             Plaintiff,

v.                                          Case No.: 1:26–cv–03067
                                                Honorable Lindsay C. Jenkins

Smith & Wesson Sales Company, Inc., et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Range at 355's motion to dismiss [10] is granted. Counts III and IV as to Defendant Range are dismissed without prejudice. The motion to remand [14] is denied. See the attached order for further details. A plaintiff usually receives at least one opportunity to amend her complaint, Zimmerman v. Bornick, 25 F.4th 491, 494 (7th Cir. 2022), so Plaintiff may file an amended complaint by June 9, 2026 that seeks to replead the dismissed counts if she believes she can do so consistent with Rule 11 and this order. If nothing is filed by that date, the dismissal will convert to one with prejudice, the court will dismiss Counts III and IV and Defendant Range from the case with prejudice. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.